# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re: CAPABILITY RANCH, LLC,<br><br>Debtor/Appellant. | 2:13-CV-1812 JCM<br><br>Bankruptcy Case No. 12-21121-LED<br>Chapter 11 |

### ORDER

On October 3, 2013, Capability Ranch filed a motion for leave to appeal the bankruptcy court's order approving Gordon Silver's fee application in bankruptcy case no. 12-21121-led. (Doc. # 3). Capability Ranch argues that the bankruptcy court's order is final and appealable as a matter of right under 28 U.S.C. § 158(a)(1) or, alternatively, a valid interlocutory appeal pursuant to 28 U.S.C. § 158(a)(3) and that this court should grant leave to file. *Id.*

IT IS HEREBY ORDERED that defendant Gordon Silver shall file a response and objections, if any, to Capability Ranch's motion for leave to file an appeal (doc. # 3) on or before Tuesday, October 15, 2013.

DATED October 10, 2013.

*James C. Mahan*
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**